UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JENNIFER KUS,

                                                                   Civil Action No. 13-CV-779

        Plaintiff,

  v.

STONELEIGH RECOVERY ASSOCIATES, LLC

        Defendant.

_____

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Kus, hereby voluntarily dismisses this action against Defendant Stoneleigh Recovery Associates, LLC with prejudice.

DATED:       January 23, 2014

/s/Seth J. Andrews, Esq._____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884